Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
**United States Bankruptcy Court**
**Northern District of Mississippi**                    CASE NO. **11-13182**

Debtor **Lambert, Kenneth**        SS # XXX-XX-**0951**    Current Monthly Income $ **2,113.80**
Joint Debtor                        SS # XXX-XX-          Current Monthly Income $ **0.00**
Address **201 Hurdle Circle Holly Springs, MS 38635-3280**        No. of Dependents **1**
Telephone No. **(662) 629-1022**    TAX REFUNDS AND EIC FOR DISTRIBUTION:

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $**80.00** per (☐ monthly / ☐ semi-monthly / ☒ weekly / ☐ bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer:
**The Troxel Company Highway 57**
**PO Box 276**
**Moscow, TN 38057-0276**

(B) Joint Debtor shall pay $_____ per (☐ monthly / ☐ semi-monthly / ☐ weekly / ☐ bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full:
IRS                         $ **0.00** @ $ **0.00** /mo
State Tax Commission        $ **0.00** @ $ **0.00** /mo
Other                       $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

beginning month _____ in the amount of $_____ per month shall be paid: ☐ direct ☐ through payroll deduction ☐ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**

in the amount of $_____ shall be paid $_____ per month: ☐ through payroll deduction ☐ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: _____ BEGINNING _____ @ $_____    ☐ PLAN ☐ DIRECT
MTG ARREARS TO: _____ THROUGH _____ $_____ @ $_____ /MO*
(*including interest at ___ %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Fidelity National Loans** | **HH items - pay value** | **2,668.00** | **200.00** | **7.00**% | **237.63** | **3.96** |
| **GE Money Bank** | **2010 4-wheeler - pay value** | **9,529.04** | **6,000.00** | **7.00**% | **7,128.46** | **118.81** |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

Creditor's Name        Collateral or Type of Debt        Approx. Proposal to be Paid

Debtor's Initials **KL** Joint Debtor's Initials _____        CHAPTER 13 PLAN, PAGE 1 OF 2

Chapter 13 Plan Form, Revised 10/24/2005

Amt. Owed

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**UNSECURED DEBTS** totaling approximately $**35,652.36** are to be paid in deferred payments to Creditors that have timely filed claims that are not disallowed: ____ IN FULL or **tbd**% (PERCENT) MINIMUM.  The amount to be paid to unsecured creditors timely filing claims will be $119.00 per month (amount paid for 4-wheeler) plus an additional $171.00 per month when 401-K loan is paid in full.

Total Attorney Fees Charged $ **2,800.00**          Pay administrative costs and debtor's attorney fees pursuant to
Attorney Fees Previously Paid $ **0.00**             Court Order and/or local rules.
Attorney fees to be paid through the plan $ **2,800.00**

Name/Address/Phone # of Vehicle Insurance Co./Agent          Attorney for Debtor (Name/Address/Phone # / Email)
**Karen B. Schneller**
**Karen B. Schneller**
**Post Office Box 417**
**Holly Springs, MS  38635**
Telephone/Fax **(662) 252-3224 (662) 252-2858**
E-mail Address **karen.schneller@gmail.com**

Telephone/Fax:

DATE: **July 17, 2011**          DEBTOR'S SIGNATURE    **/s/ Kenneth Lambert**
                                 JOINT DEBTOR'S SIGNATURE
                                 ATTORNEY'S SIGNATURE    **/s/ Karen B. Schneller**